**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE HARTRANFT, *et. al.*,<br><br>Defendants. | No. 25cv18166 (EP) (SDA)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge.**

*Pro se* Plaintiff Richard Martinez, a former inmate at Bayside State Prison, filed a civil rights complaint bringing claims under 42 U.S.C. § 1983 alleging delayed and inadequate treatment of his fractured left arm. D.E. 1 ("Complaint"). Plaintiff also seeks to proceed *in forma pauperis* ("IFP"). D.E. 2 ("IFP Application"). Plaintiff has since been released from prison. *See* N.J. Dep't of Corr., Offender Search, https://www-doc.state.nj.us/DOC_Inmate/results (last visited Nov. 6, 2026). Because Plaintiff's circumstances have changed, the Court will **DENY *without prejudice*** the IFP Application and direct Plaintiff to submit a non-prisoner IFP application. Accordingly,

**IT IS**, on this 6th day of November 2026,

**ORDERED** that Plaintiff's IFP Application, D.E. 2, is **DENIED *without prejudice***; and it is further

**ORDERED** that the Clerk of the Court shall provide Plaintiff with a blank non-prisoner application to proceed *in forma pauperis*, AO 239 (Rev. 01/15); and it is further

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this matter due to Plaintiff's change of circumstances; and it is further

**ORDERED** that if Plaintiff wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, within **30 days** of the date of entry of this Order; Plaintiff's writing shall include either: (1) a complete, signed non-prisoner *in forma pauperis* application, or (2) the $405 fee including the $350 filing fee plus the $55 administrative fee; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular mail.

Evelyn Padin, U.S.D.J.